# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1482.  RICHARD RENE BAGLEY v. THE STATE.**

In July 2022, Richard Rene Bagley pleaded guilty to possession of methamphetamine and other crimes. In March 2023, proceeding pro se, Bagley filed a "motion for post-conviction relief and/or petition for a writ of habeas corpus." On March 28, 2023, the trial court dismissed the motion and thereafter denied Bagley's motion for rehearing on April 11, 2023. Bagley appeals.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Because Bagley seeks to appeal the dismissal of a habeas action, it appears jurisdiction may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/24/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.